

September 21, 2016

*Via ECF Filing*
The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    *Re: Davis v. CoreLogic SafeRent, LLC, Case No. 1:15-cv-08890-AT*

Dear Judge Torres:

    I am writing to inform the Court that Plaintiff has reached a settlement with Corelogic Saferent, LLC in the above-referenced matter. Therefore, Plaintiff respectfully requests that the Court enter a Thirty Day Order. Plaintiff will file a stipulation of dismissal upon completion of settlement documents.

    Respectfully Submitted,

    GEOFFREY H. BASKERVILLE

GHB/sm

cc:    Amanda L. Genovese, Esquire (via email)
       Devika Persaud, Esquire (via email)
       Bryan M. Haynes, Esquire (via email)