UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/16
```

RACHEL A. DAVIS,

                Plaintiff,

-against-

CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC F/K/A CORELOGIC SAFERENT, LLC,

                Defendant.

15 Civ. 8890 (AT)

**ORDER OF DISMISSAL**

ANALISA TORRES, District Judge:

    The Court having been advised that all claims asserted herein have been settled, it is ORDERED that the above-captioned action be and is hereby dismissed and discontinued without costs and without prejudice to the right to reopen the action within thirty (30) days if the settlement is not consummated. Any pending motions are moot. All conferences and deadlines are vacated.

    The Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: September 22, 2016
       New York, New York

                                      ANALISA TORRES
                                      United States District Judge